AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

United States of America )
v. )
) Case No. 2:18-mj-620
)
)
)
Ja'mical Lamar BETTS )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  08/17/2018  in the county of  Butler  in the
Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1951 | Interference with Interstate Commerce by Robber |

This criminal complaint is based on these facts:
See Attached

☒ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer (TFO) Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/21/2018

*Judge's signature*

City and state:   Columbus, OH

Magistrate Judge Kimberly A. Jolson
*Printed name and title*

Page 1

I, Brian Boesch, a Task Force Officer with the U.S. Bureau of Alcohol, Tobacco, Firearms & Explosives, hereinafter the affiant, being duly sworn, states:

1. Your affiant is assigned as a Task Force Officer in the ATF Field Office, Columbus, Ohio, and has been so assigned for the past 4 years. Your affiant has conducted or participated in numerous investigations with the Columbus Division of Police Robbery Squad over the past eight years which have resulted in arrests and convictions, for violations of Federal and State Laws. Your affiant is currently assigned to work violent crime, specifically, armed serial robbery cases occurring in the Central Ohio, area.

2. On Friday, August 17, 2018, Ja'mical Lamar BETTS and Cameron Devon REDD were in BETTS' gold 2000 Pontiac Bonneville. BETTS drove to the Rite Aid pharmacy, located at 1915 Central Ave., Middletown, OH. REDD wrote out a demand note that was very similar to numerous other robbery notes that have recently been recovered after pharmacy robberies.

3. BETTS parked his car and went inside the store as REDD moved over to the driver's seat. BETTS approached the counter and handed the pharmacy technician the demand note. The note demanded certain types of pain killers and promethazine. The note stated that BETTS would harm the technician if they did not comply. The technician placed several bottles of medication into a bag and handed it to BETTS.

4. BETTS fled to his car, with REDD driving. REDD fled the area, but the car's power steering seized up and the brakes were failing. This caused REDD to drive through a red light, nearly striking other traffic. REDD was able to get the car to stop, but the red light violation was observed by a Middletown Police Officer, who just received word of the robbery via his police radio.

5. BETTS and REDD were taken into custody. The stolen medication and several ripped up robbery notes were discovered inside BETTS car. Both were transported to the Middletown Police Department. After being advised of their constitutional rights, BETTS and REDD admitted to robbing the Rite Aid store.

6. **Interstate Nexus for Rite Aid** – Rite Aid Corporation is a drugstore chain in the United States and is headquartered in Camp Hill, Pennsylvania. Rite Aid is the third largest drug store chain in the United States. Rite Aid obtains their prescription medication from all of the major pharmaceutical companies. Their stock is exchanged on the New York Stock Exchange. Rite Aid engages in interstate commerce with numerous companies and utilizes telecommunication lines to conduct credit card transactions.

7. Based on the above information, your affiant believes that Ja'mical BETTS and Cameron REDD did obstruct and/or interfere with interstate commerce by means of robbery, in violation of 18 U.S.C. § 1951, The Hobbs Act.

Page 2

_____
Signature of Complainant
Brian V. Boesch
ATF – Task Force Officer

Sworn to me and subscribed in my presence,
this 21st day of August, 2018, at Columbus, OH

_____
Kimberly A. Jolson
Magistrate Judge, Southern District of Ohio